In the Matter of the Claim of WILLIAM O'BRYAN, Respondent, against TOWN OF JEWETT et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued November 20, 1946; decided January 9, 1947.

*Bernard Katzen*, General Attorney, State Insurance Fund. (*George J. Hayes* and *Victor Fiddler* of counsel), for appellants.

*Nathaniel L. Goldstein*, Attorney-General (*Roy Wiedersum* and *Emmeline E. Ferris* of counsel), for Workmen's Compensation Board, respondent.

*Jeremiah F. Connor* for Black Dome Corporation and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.